**FILED & ENTERED**

**JAN 21 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Jane Rashad aka Jane Kao,<br><br>Debtor(s). | CHAPTER 13<br><br>USBC S.D. Tex. Case No.: 15-31193-H3-13<br>Adv No:   2:16-ap-01034-NB<br><br>**ORDER SETTING STATUS CONFERENCE AND STAYING FURTHER PROCEEDINGS**<br><br>Date:         February 9, 2016<br>Time:         11:00 a.m.<br>Courtroom: 1545<br>                    255 E. Temple St.<br>                    Los Angeles, CA  90012 |
| J. Michael Kelly,<br><br>             Plaintiff(s),<br>       v.<br><br>Jane Rashad aka Jane Kao; Frank Salz; Does 1-25,<br><br>             Defendant(s). | |

It appearing to this Bankruptcy Court that the above-referenced proceeding (the "Removed Action") has been removed to this court by the filing of a Notice of Removal (dkt. 1), and it further appearing that the present removal is part of a long history of disputes between the parties to the Removed Action, and this Court having taken judicial notice of a Memorandum Opinion of the United States Bankruptcy Court for the

-1-

Southern District of Texas, Houston Division (In re Jane Kao f/k/a Jane Rashad, Case No. 15-31193-H3-13, docket no. 133) (the "Texas Decision"), and it appearing from the Texas Decision that the Bankruptcy Judge presiding over that Texas bankruptcy case has considerable familiarity with the facts and circumstances of such disputes and has previously considered matters of venue and comity that are relevant to this Removed Action, and it appearing that it is appropriate to avoid undue expenditure of time and funds by the parties in further litigation, now therefore,

IT IS ORDERED:

1. A status conference in the Removed Action will be held **at the date, time and place set forth in the above caption**. Telephonic appearances are encouraged (provided that parties follow the posted procedures of the undersigned, available at www.cacb.uscourts.gov).

2. No later than **January 26, 2016** the removing party must serve a copy of this Order and, pursuant to Rule 9027(b) (Fed. R. Bankr. P.) a copy of the notice of removal, on (i) all parties to the Removed Action, (ii) the United States Trustee, (iii) any trustee appointed in the Texas bankruptcy case, and (iv) the Bankruptcy Judge presiding over the Texas bankruptcy case, and no later than **January 28, 2016** must file a proof of such service in this Removed Action.

3. All other proceedings in the Removed Action are hereby **stayed**, absent further order of this Bankruptcy Court, and all deadlines are tolled to the maximum extent permitted by law, including the requirements of Local Bankruptcy Rule 9027-1(d) – *i.e.,* the parties are directed at this time <u>not</u> to file in this Bankruptcy Court (a) copies of the pleadings and other documents previously filed in the Removed Action, (b) motions to transfer venue or for remand, or (c) other motions or pleadings (absent specific leave of this Bankruptcy Court in a further written order). The parties are further directed at this time not to file joint or unilateral status reports pursuant to Local Bankruptcy 7016-1.

//

4. At the status conference this Bankruptcy Court anticipates addressing whether this court should, on its own motion (11 U.S.C. § 105), transfer venue of the Removed Action to the Texas Bankruptcy Court pursuant to 28 U.S.C. § 1412, or remand the Removed Action pursuant to 28 U.S.C. § 1452(b), or set deadlines and a briefing schedule for any motions of the parties related to such relief, or establish any other procedures for the just, economical, and speedy disposition of the parties' disputes.

5. The undersigned Bankruptcy Judge hereby discloses (pursuant to 28 U.S.C. § 455 and Rule 5004, Fed. R. Bankr. P.) that he has a vague recollection that he may have had some interaction in private practice with the plaintiff, J. Michael Kelly; or alternatively some interaction after appointment of the undersigned to the Bankruptcy Court. But searches by the undersigned and court staff have not revealed any such connection. Accordingly, J. Michael Kelly is hereby directed (upon proper service of this order on him in this Removed Action) to disclose in a declaration whether or not he is aware of any connections with the undersigned. All parties in interest are invited to address this issue at the status conference, and are hereby notified that failure to do so may constitute a waiver or forfeiture of such issue, or implied consent to adjudication by the undersigned.

###

Date: January 21, 2016

Neil W. Bason
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I certify that I served a copy of the attached order or judgment on the parties listed below on the date specified below by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

<u>Removing Party</u>
Jane Rashad aka Jane Kao
9374 Briar Forest Drive
Houston, TX 77063

<u>Counsel for Plaintiff J. Michael Kelly</u>
Lawrence Szabo
Law Office of Lawrence J. Szabo
11111 Santa Monica Blvd., Ste. 1000
Los Angeles, CA 90025

<u>Co-Defendant</u>
Frank Salz
Salz & Salz
2335 E. Colorado Blvd., Ste. 115-400
Pasadena, CA 91107-6833

<u>Possible Interested Party (per notice of removal, Adv. dkt. 1, PDF p. 48)</u>
Mark Rosetta
9374 Briar Forest Dr.
Houston, TX 77063

☐ Service information continued on attached page

Date:   1/21/16                                             /s/  Sharon Sumlin
                                                                        Deputy Clerk