Lawrence Szabo    SBN 60087
LAW OFFICE LAWRENCE J. SZABO
11111 Santa Monica Blvd., Suite 1000
Los Angeles, CA 90025
Telephone: (310) 478-3201
Facsimile: (877) 211-8119

Attorney for Plaintiff J. Michael Kelly

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jane Rashad aka Jane Kao,<br><br>　　　　　Debtor<br><br>J. MICHAEL KELLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jane Rashad aka Jane Kao, Frank Salz, and Does 1 through 25,<br><br>　　　　　Defendants. | Chapter 13<br>USBC S.D. Tex. Case No.: 15-31193-H3-13<br>Adv No: 2:16-ap-01034-NB<br><br>**DECLARATION OF J. MICHAEL KELLY**<br><br>Hearing Date:　February 9, 2016<br>Time:　　　　　11:00 a.m.<br>Courtroom:　　1545<br>　　　　　　　　255 E. Temple St.<br>　　　　　　　　Los Angeles, CA 90012 |

I, J. Michael Kelly, declare:

　　　1.　　I am an adult having personal knowledge of the facts recited herein and if called upon to testify in this matter, I could testify accurately and competently concerning same.

　　　2.　　I am the Plaintiff in this adversary proceeding and I submit this declaration in compliance with the directive contained in this Court's ORDER SETTING STATUS CONFERENCE AND STAYING FURTHER PROCEEDINGS dated January 21, 2016.

1

3. I have been licensed to practice law in California since June 27, 1969. Although I am currently retired, my prior practice was limited to family law.

4. Prior to my having received notification of his assignment to this case, I never had any previous interactions or connections with Judge Neil W. Bason, including in either private practice, or in his capacity as a Bankruptcy Judge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of February 2016, at Los Angeles, California.

_____
J. Michael Kelly

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11111 Santa Monica Blvd., Suite 1000, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Michael J. Kelly

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 2, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lawrence J. Szabo- larry@lszabolaw.com
United States Trustee (LA)- ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 2, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

Jane Rashad aka Jane Rashad- 9374 Briar Forest Dr., Houston, TX 77063
Frank Salz- 2335 E. Colorado Blvd., Suite 115-409

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 2, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

Hon. Neil W. Bason- 255 E. Temple St., Suite 1552, Los Angeles, CA 90012,

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/2/2016 | Lawrence Szabo | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**