

**FILED & ENTERED**

APR 04 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jane Kao fka Jane Rashad<br><br>Debtor(s).<br><br>J Michael Kelly<br><br>Plaintiff(s),<br>v.<br><br>Jane Rashad<br><br>Defendant(s). | CHAPTER 13<br><br>Southern District of Texas Bankruptcy<br>Case No.: 15-31193<br>Adv No:  2:16-ap-01034-NB<br><br>**ORDER  OF NON-RECUSAL**<br><br>Date:        March 1, 2016<br>Time:        2:00 PM<br>Courtroom: 1545 |

//

At the above-captioned time and place, this Court held a continued status conference in the above-captioned adversary proceeding.  Based on the declaration of the plaintiff (dkt. 5) there does not appear to be any reason for the undersigned to recuse himself.

###

Date: April 4, 2016

Neil W. Bason
United States Bankruptcy Judge