1 Donald L. Turbyfill
2 dturbyfill@dntlaw.com [e-mail]
3 State Bar of Texas # 20296380
4 DEVLIN, NAYLOR & TURBYFILL, PLLC
5 5120 Woodway, Suite 9000
6 Houston, Texas 77056-1725
7 (713) 622-8338 [phone]
8 (877) 627-9039 [toll free]
9 (713) 586-7053 [facsimile]
10 TEXAS COUNSEL FOR
11 J. MICHAEL KELLY
12 SPECIALLY APPEARING FOR
13 PURPOSES OF THIS NOTICE



**FILED**
APR 0 5 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 13 |
| Jane Rashad aka Jane Kao | § § | USBC S.D. Tex. Case No. 15-31193-H3-13 |
| | § | Adv. No. 2:16-ap-01034-NB |
| Debtor | § § | |
| _____ | § § | **NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT J. MICHAEL KELLY'S MOTION TO ABSTAIN** |
| J. Michael Kelly, | § § | |
| Plaintiff | § § | RE:  STATUS CONFERENCE |
| | § | DATE:  APRIL 12, 2016 |
| v. | § | TIME:  2:00 p.m. |
| | § | COURTROOM:  1545 |
| Jane Rashad aka Jane Kao; | § | 255 E. TEMPLE ST. |
| Frank Salz; Does 1-25 | § | LOS ANGELES, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR AND HER COUNSEL OF RECORD; AND TO ALL INTERESTED PARTIES:**

Please be advised that on March 11, 2016, in an adversary proceeding styled and numbered: *Jane Kao v. J. Michael Kelly*; Adv. No. 15-3211; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division, an order was

1 | entered GRANTING Defendant J. Michael Kelly's Motion to Abstain (Doc. #13). A certified

2 | copy of the order is attached hereto, marked as Exhibit "A".

3 | Dated: April 4, 2016.

Respectfully submitted,

*[signature]*

DONALD L. TURBYFILL
TEXAS COUNSEL FOR
J. MICHAEL KELLY
SPECIALLY APPEARING FOR
PURPOSES OF THIS NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DEVLIN, NAYLOR & TURBYFILL, PLLC, 5120 WOODWAY, SUITE 9000, HOUSTON, TEXAS  77056-1725

A true and correct copy of the foregoing document entitled (specify): NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT J. MICHAEL KELLY'S MOTION TO ABSTAIN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __04/04/2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/04/2016 | DONALD L. TURBYFILL | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

## PROOF OF SERVICE OF DOCUMENT

Hon. Neil W. Bason
U.S. Bankruptcy Court
255 East Temple St.
Los Angeles, CA 90012

United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Lawrence J. Szabo
Attorney at Law
11111 Santa Monica Blvd., Suite 1000
Los Angeles, CA 90025

Leslie A. Cohen
Leslie Cohen Law, P.C.
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
03/11/2016

| | |
|---|---|
| IN RE | ) |
| | ) |
| JANE KAO, | ) CASE NO. 15-31193-H3-13 |
| Debtor, | ) |
| | ) |
| JANE KAO, | ) |
| Plaintiff, | ) |
| v. | ) ADV. NO. 15-3211 |
| | ) |
| J. MICHAEL KELLY, | ) |
| Defendant. | ) |

ORDER

The court has considered "Defendant J. Michael Kelly's Motion to Abstain" (Docket No. 13). In the instant adversary proceeding, Plaintiff seeks declaratory judgment determining that various acts undertaken with respect to real property in California and Texas are void. The instant Chapter 13 case was filed after the Debtor was a debtor in a previous Chapter 11 case, Case No. 10-34549-H3-11, and a previous Chapter 7 case, Case No. 12-31484-H3-7, and the plaintiff in various adversary proceedings within those two cases, in which she sought essentially the same relief as that sought in the instant adversary proceeding. The court has previously lifted the stay in the instant Chapter 13 case to permit the parties to proceed with litigation in state court in California. (Docket Nos. 133,

EXHIBIT A

TRUE COPY I CERTIFY
TEST: 3-22-16
D. BRADLEY, Clerk of Court
Deputy Clerk

134, Case No. 15-31193-H3-13). The issues here raised are remote to the main bankruptcy case. There are pending proceedings commenced in state court. It appears that the instant adversary proceeding has been filed in this court, after the court previously abstained from consideration of the several of the same issues in a previous adversary proceeding, in an attempt at forum shopping. Accordingly, it is

ORDERED that "Defendant J. Michael Kelly's Motion to Abstain" (Docket No. 13) is granted; the court abstains from consideration of the claims raised in the instant adversary proceeding. It is further

ORDERED that "Defendant J. Michael Kelly's Motion for Status Conference, To Vacate Scheduling Order, and to Abate Discovery" (Docket No. 17) and the "Motion for Emergency Hearing on J. Michael Kelly's Motion for Status Conference, To Vacate Scheduling Order, and to Abate Discovery" (Docket No. 18) are denied as moot.

Signed at Houston, Texas on this ___11___ day of ___Mar___, 2016.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE